IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN A. CLEMENT, | Civil Action No. 1:16-cv-00117 |
| *Plaintiff*, | |
| v. | |
| | Magistrate Judge Susan P. Baxter |
| THE ROMAN CATHOLIC DIOCESE OF ERIE, ST. JOSEPH PARISH, and ST. MICHAEL THE ARCHANGEL PARISH, | |
| *Defendants*. | JURY TRIAL DEMANDED |

## ORDER

AND NOW, on this 11th day of September, 2017, having considered the parties' Stipulation of Dismissal with Prejudice, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

BY THE COURT:

_Susan Paradise Baxter_
Judge Susan Paradise Baxter
United States Magistrate Judge